# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIAN FRIAS ACOSTA and ALANIAS FRIAS ACOSTA,<br><br>　　　　Plaintiffs<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant | Case No.: 2:23-cv-00530-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

　　　I ORDER that the plaintiffs' certificate of interested parties **(ECF No. 18) is STRICKEN** for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of the plaintiffs as required by the recent amendment to that rule.

　　　I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by June 23, 2023.

　　　DATED this 10th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE